948 F.2d 1282
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Anthony J. RANKINE, Ayj-oyu-zjb, and in the name of the
U.S. Congress, and in the name of all aliens in a
similar situation as Rankine, Plaintiff-Appellant,
v.
David L. MILHOLLAN, Individual and Officer; Mary M. Dunne,
Individual and Officer; Michael J. Heilman, Individual and
Officer; Charles E. Auslander, Individual and Officer;
Rebecca H. Thompson, Individual and Officer; Robert
Godshall, Individual and Officer; Jesse M. Sellers,
Individual and Officer; Deanna Rodriquez, Individual and
Officer; Douglas Bow, Individual and Officer; Florence
Jones, Individual and Officer; Unnamed Minions Number 1 to
50, as Individuals and Officers; Attorney General of the
United States, in the capacity of an officer vested by
Congress and as caretaker of Title 8 and similar laws;
Unnamed Policy Officers of the Department of Justice, (in
like capacities as the Attorney General); the United States
Department of Justice, and Executive Office of Immigration
Review & Immigration and Naturalization Service, (in the
capacity of an executive agency, the custodial agency of INS
records, as well as caretaker agency of Title 8 and all
other laws and treaties, aiding or promoting the rights of
persons), defendants, for damages; United States of
America, defendant for declaratory and injunctive relief,
Defendants-Appellees.
 No. 91-2035.
 United States Court of Appeals, Fourth Circuit.
 Submitted Sept. 11, 1991.
Decided Nov. 20, 1991.
 
 Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Richard L. Voorhees, Chief District Judge. (CA-90-22-ST-C-V)
 Anthony J. Rankine, appellant pro se.
 Clifford Carson Marshall, Jr., Office of the United States Attorney, Asheville, N.C., for appellees.
 W.D.N.C.
 AFFIRMED.
 Before DONALD RUSSELL, SPROUSE and NIEMEYER, Circuit Judges.
 OPINION
 PER CURIAM:
 
 
 1
 Anthony J. Rankine appeals from the district court's order dismissing this action on the basis of jurisdictional defects and sovereign immunity. Our review of the record and the district court's opinion accepting the recommendation of the magistrate judge discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Rankine v. Milhollan, CA-90-22-ST-C-V (W.D.N.C. Nov. 1, 1990 and Jan. 22, 1991). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process. The motions to expedite appeal, to appoint counsel, and to expedite oral argument are denied.
 
 
 2
 AFFIRMED.